UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-cv-01551-PJS-ECW

CONTRERAS & METELSKA, P.A.,

       Plaintiff,

   v.

**CERTIFICATE OF COMPLIANCE**

U.S. DEPARTMENT OF JUSTICE AND
EXECUTIVE OFFICE FOR IMMIGRATION
REVIEW,

       Defendants.

The undersigned attorney for the United States certifies this memorandum complies with the type-volume limitation of D. Minn. LR 7.1(f) and the type size limitation of D. Minn. LR 7.1(h).   The memorandum has 4,456 words of type, font size 13.   The memorandum was prepared using Microsoft Word 2019, which includes all text, including headings, footnotes and quotations in the word count.

Dated:  January 26, 2021

Respectfully submitted,

ERICA H. MacDONALD
United States Attorney

*s/ David W. Fuller*

BY: DAVID W. FULLER
Assistant U.S. Attorney
Attorney ID #390922
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600
David.fuller@usdoj.gov
Attorneys for Defendants