UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-CV-01551-PJS/ECW

| | |
|---|---|
| Contreras & Metelska, P.A. </br></br> Plaintiff, </br></br> v. </br></br> U.S. Department of Justice; et al., </br></br> Defendants. | NOTICE OF HEARING |

PLEASE TAKE NOTICE that Plaintiff brings a Motion for Summary Judgment that will be heard on March 12, 2021, at 8:30 a.m. by the Honorable Patrick J. Schiltz. *See* Dkt. 13 at 1.

DATED: February 10, 2021

Respectfully submitted,

/s/ *Nico Ratkowski*
Nico Ratkowski
MN Attorney ID: 0400413
Contreras & Metelska, P.A.
200 University Avenue W.
STE 200
Saint Paul, MN 55103
P: (651) 771-0019
F: (651) 772-4300
nico@contrerasmetelska.com

*Attorney for Plaintiff*

1